HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GURSEWAK SINGH,<br><br>　　　　　Defendant. | No. 2:20-cr-00113-RAJ<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |

This matter having come before the Court on the Motion of Defendant Gursewak Singh, good cause appearing therefore, and the Government indicating that it does not oppose the motion,

NOW THEREFORE it is ordered that Defendant's Motion to Continue the Pretrial Motions Deadline (Dkt. #21) is GRANTED. The deadline for filing pretrial motions, including motions in limine, is extended to September 15, 2020.

DATED this 31st day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING PRETRIAL
MOTIONS DEADLINE - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670
gilbert.levy.atty@gmail.com